**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 15-cr-00078-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ADALBERTO CESAR PARTIDA-HERNANDEZ,

      Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

This matter has been scheduled for a **four-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **May 26, 2015 at 9:00 a.m.**  On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **April 1, 2015** and responses to these motions shall be filed by **April 8, 2015**.  It is further

ORDERED that a Trial Preparation Conference is set for **May 22, 2015 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 19th day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge